IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40969
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERT LEE FUMBANKS, III,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. V-98-CR-13-1
- - - - - - - - - -

April 16, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Robert Lee Fumbanks, III, has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Fumbanks has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein and the appeal is dismissed.

     MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.